UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| RONALD TAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | 1:20-cv-10765-GAO |
| BIG NIGHT ENTERTAINMENT GROUP, INC. AND BIG NIGHT VENUES BOSTON 2, LLC, | * | |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT

With reference to Fed. R. Civ. P. 7.1, Defendant Big Night Entertainment Group, Inc. states that it is organized under the laws of the Commonwealth of Massachusetts and that it has no parent corporation and no publicly held corporation owns 10% or more of stock in the company.

.

Respectfully submitted,

BIG NIGHT ENTERTAINMENT GROUP, INC.
and BIG NIGHT VENUES BOSTON 2, LLC,

By their attorneys,

*Eugene J Sullivan*
_____
Eugene J. Sullivan III, BBO#656497
jay@sullivanandreed.com
Thomas A. Reed, BBO# 559878
treed@sullivanandreed.com
Sullivan and Reed LLP
245 First Street, 18th Floor
Cambridge, Massachusetts 02142
Dated: October 9, 2020          telephone: 617.758.8160

## Certificate of Service

Undersigned certifies that he filed this document via the ECF system and that it is his understanding the system will serve a copy of the document on plaintiff's counsel, George F. Gormley, P.C., 160 Old Derby Street, Suite 456, Hingham, MA 02043 (gfgormley@aol.com), whom the system indicates is a registered user.

*Eugene J Sullivan*

Dated: October 9, 2020          _____

2