UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RONALD TAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | 1:20-cv-10765-GAO |
| BIG NIGHT ENTERTAINMENT GROUP, INC. AND BIG NIGHT VENUES BOSTON 2, LLC, | * | |
| Defendants. | * | |

**CORPORATE DISCLOSURE STATEMENT**

With reference to Fed. R. Civ. P. 7.1, Defendant Big Night Venues Boston 2, LLC states that it is organized under the laws of the Commonwealth of Massachusetts and that it has no parent corporation and no publicly held corporation owns 10% or more of stock in the company.

.

1

        Respectfully submitted,

        BIG NIGHT ENTERTAINMENT GROUP, INC.
        and BIG NIGHT VENUES BOSTON 2, LLC,

        By their attorneys,

        */s/ Eugene J. Sullivan*
        _____
        Eugene J. Sullivan III, BBO#656497
           jay@sullivanandreed.com
        Thomas A. Reed, BBO# 559878
           treed@sullivanandreed.com
        Sullivan and Reed LLP
        245 First Street, 18th Floor
        Cambridge, Massachusetts 02142
Dated: October 9, 2020        telephone: 617.758.8160

### Certificate of Service

Undersigned certifies that he filed this document via the ECF system and that it is his understanding the system will serve a copy of the document on plaintiff's counsel, George F. Gormley, P.C., 160 Old Derby Street, Suite 456, Hingham, MA 02043 (gfgormley@aol.com), whom the system indicates is a registered user.

Dated: October 9, 2020        */s/ Eugene J. Sullivan*

2